**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOU BLAND, EDWARD HODGMAN, the ESTATE OF GERALDINE ROSATO, ERVIN SHORES, and RICHARD HORCHER, for themselves and for all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No: 2002-CV-69 |
| vs. | ) ) | Judge James B. Zagel |
| FIATALLIS NORTH AMERICA, INC., CASE NEW HOLLAND, INC., and CNH HEALTH AND WELFARE PLAN, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF FILING**

TO:  Scott Lempert
Sandals & Associates, P.C.
One South Broad St., Ste. 1850
Philadelphia, PA 19107

Michael G. Bruton
Ross, Dixon & Bell, LLP
55 West Monroe, Ste. 3000
Chicago, IL 60603

Jon D. Robinson
Bolen, Robinson & Ellis, LLP
202 South Franklin Street
Second Floor
Decatur, Illinois 62523

PLEASE TAKE NOTICE that on **Thursday, November 9, 2006**, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to the Settlement Agreement and Release, the parties' joint proposed ORDER AND FINAL JUDGMENT APPROVING SETTLEMENT, a copy of which is attached and hereby served upon you.

Respectfully submitted,

FIAT-ALLIS NORTH AMERICA, INC.,
CASE NEW HOLLAND INC., AND
CNH HEALTH AND WELFARE PLAN,

By _____ s/Ada W. Dolph _____
One of Their Attorneys

Mark Casciari
Ada W. Dolph
SEYFARTH SHAW LLP
131 S. Dearborn, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

November 9, 2006

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that she caused a true and correct copy of the

foregoing NOTICE OF FILING and proposed ORDER AND FINAL JUDGMENT APPROVING

SETTLEMENT to be served upon the following counsel by electronic means on this 9th day of

November, 2006:

Scott Lempert                          Jon D. Robinson
Sandals & Associates, P.C.             Bolen, Robinson & Ellis, LLP
One South Broad St., Ste. 1850         202 South Franklin Street
Philadelphia, PA 19107                 Second Floor
                                       Decatur, Illinois 62523
Michael G. Bruton
Ross, Dixon & Bell, LLP
55 West Monroe, Ste. 3000
Chicago, IL 60603


_____s/Ada W. Dolph_____