AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Lou Bland et al                      **JUDGMENT IN A CIVIL CASE**

    v.                                        Case Number: 02 C 69

Fiatallis North America, Inc. et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Final Judgment dismissing this case with prejudice with respect to each Plaintiff and each member of the Settlement Class and Subclasses is entered. There being no just reason for delay, said Final Judgment is hereby entered.

                                                    Michael W. Dobbins, Clerk of Court

Date: 11/15/2006                                /s/ Stephen C. Tokoph, Deputy Clerk